UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE PACIFIC SECURITIES INC., PATRICK S. NELSON, ROBERT T. ANGLE, ARTHUR M. QUINTERO,<br><br>Petitioners,<br><br>v.<br><br>AME WAUTERS, CAMILLA ROGERS, AND THE SUZANNE ROGERS SPECIAL NEEDS TRUST,<br><br>Respondents. | No. C 10-3896 BZ<br><br>**ORDER DENYING RESPONDENTS' MOTION TO STRIKE** |

Respondents' request to strike petitioner's amended notice of petition to vacate arbitration award (Docket No. 25) is **DENIED**.  While it is true that the notice was filed two days late with respect to a November 17, 2010 hearing, it is also true that respondents have been aware of the pending motion for several months.

Dated: November 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\WHITE PACIFIC V. WAUTERS\ORDER DENYING RESPONDENT'S MOT TO STRIKE.wpd

1